IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JASON A. PETERSON,**

        **Plaintiff,**

    **v.**                                          CASE NO. 13-3157-SAC

**RANDY HENDERSON,**

        **Defendant.**

## O R D E R

This matter is a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff, a prisoner at the Reno County Detention Center, proceeds pro se and seeks leave to proceed in forma pauperis.

Plaintiff's motion is governed by 28 U.S.C. § 1915. Section 1915(a)(1) requires a prisoner seeking to bring a civil action without prepayment of fees to submit an affidavit that includes a statement of all assets, a statement of the nature of the complaint, and the affiant's belief that he is entitled to redress.

Next, § 1915(a)(2) requires an inmate to submit a certified copy of the inmate's institutional account records for the six months immediately preceding the filing of the action from an appropriate official from each prison in which the inmate is or was incarcerated. Plaintiff has not yet submitted this information and will be directed to do so.

IT IS, THEREFORE, BY THE COURT ORDERED that plaintiff shall supply the court on or before November 1, 2013, with a motion for leave to proceed in forma pauperis and a certified copy of his institutional financial records for the six months preceding September 2013 from

all facilities in which he was incarcerated during that period. The failure to file a timely response may result in the dismissal of this action without further notice to the plaintiff.

A copy of this order shall be transmitted to the plaintiff.

**IT IS SO ORDERED.**

DATED:  This 15th day of October, 2013, at Topeka, Kansas.


S/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge